| | |
|---|---|
| COUNTY OF | INDEX NO: 08CV6443 |
| UNITED STATES DISTRICT COURT | FILED ON: |
| | DISTRICT: Southern/New York |

Fred Alston, as Trustee of the Local 272 Labor-Management Pension Fund, et. al.

vs                                                                                       Plaintiff(s)

RKN Garage Services, Inc.

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE
BY THE SECRETARY OF STATE**

Stephen L. Collen, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on August 11, 2008, at 11:00 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Case, Complaint, Judge's Individual Rules & Instructions, Procedures and Guidelines for Filing an Electronic Case, on RKN Garage Services, Inc.

Defendant in this action, by delivering to and leaving with Donna Christie, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. Description of the person served: Approx. Age: 44 years   Approx. weight: 130 lbs   Approx. Ht.: 5'5"   Sex: female   Color of skin: white   Color of hair: brown   Other: _____

Sworn to before me on   August 11, 2008

/s/ Marcy A. O'Hare
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

/s/ Stephen L. Collen
Stephen L. Collen

Invoice·Work Order # 0806695